IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN S. QUALLS                                                                                           PLAINTIFF

VS.                                         CASE NO. 3:08CV00062 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## ORDER

The Plaintiff, through counsel, has filed a motion to extend the time to file a brief, stating Defendant's counsel does not oppose an extension.  For good cause shown, the motion (DE #13)  is granted.  The time is extended to, and including, October 12, 2008.

SO ORDERED this 25th  day of August, 2008.


_____
UNITED STATES MAGISTRATE JUDGE